**Order entered August 19, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-00392-CR**

### COURTNEY DUANE BARLOW, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82257-2020**

### ORDER

The reporter's record, requested March 4, 2021, was due on July 1, 2021. When it was not filed, we notified official court reporter Karla Kimbrell by postcard dated July 7, 2021 and directed her to file the reporter's record by August 6, 2021. To date, the reporter's record has not been filed and we have had no communication from Ms. Kimbrell.

We **ORDER** the reporter's record filed **by September 7, 2021**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; to Karla Kimbrell, official court reporter, 380th Judicial District Court; and to counsel for all parties.

/s/    DENNISE GARCIA
       JUSTICE